UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. MWASI,<br><br>            Plaintiff,<br><br>    v.<br><br>SULLENGER, et al.,<br><br>            Defendants. | Case No. 20-02789 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner, filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. On September 8, 2020, the Court dismissed the complaint with leave to amend within twenty-eight days, i.e., no later than October 6, 2020. Dkt. No. 7.

The deadline for Plaintiff to comply with the Court's order has passed. Because Plaintiff has failed to file an amended complaint in the time provided, this action is **DISMISSED** without prejudice. The Clerk shall terminate all deadlines and close the file.

**IT IS SO ORDERED.**

Dated: __10/19/2020__   _____
                       EDWARD J. DAVILA
                       United States District Judge